UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

STEVEN MONTEZ,

        Petitioner,        Case No. 2:24-cv-171

v.        Honorable Phillip J. Green

CATHERINE BAUMAN,

        Respondent.
_____/

## ORDER

In accordance with the opinion entered this day:

**IT IS ORDERED** that a certificate of appealability is **DENIED**.


Dated:  June 13, 2025        /s/ Phillip J. Green
        PHILLIP J. GREEN
        United States Magistrate Judge