UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION
_____

STEVEN MONTEZ,

        Petitioner,             Case No. 2:24-cv-171

v.                                    Honorable Phillip J. Green

CATHERINE BAUMAN,

        Respondent.
_____/

## **JUDGMENT**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DENIED WITH PREJUDICE** for failure to raise a meritorious federal claim.


Dated:  June 13, 2025                      /s/ Phillip J. Green
                                                          PHILLIP J. GREEN
                                                          United States Magistrate Judge